**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANTONIO JOHNSON, Father, et al.,

        Plaintiffs,

vs.                                                Case No. 3:12-cv-96-J-20JRK

NATIONAL NEWBORN SCREENING &
GENETICS RESOURCE CENTER,

        Defendant.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court sua sponte. On November 15, 2011, Plaintiffs filed a Motion for Declaratory Judgment (Doc. No. 1, Case No. 3:11-mc-62-J-37JBT). On January 26, 2012, an Order (Doc. No. 2, Case No. 3:11-mc-62-J-37JBT; Doc. No. 2, Case No. 3:12-cv-96-J-20JRK) was entered instructing the Clerk of Court to re-file the Motion for Declaratory Judgment as a complaint and further instructing Plaintiffs to file a motion for leave to proceed in forma pauperis or to pay the filing fee by February 27, 2012. The Clerk did so, and the Complaint (Doc. No. 1; "Complaint") was assigned the above-captioned case number. Copies of the Order dated January 26, 2012, along with copies of a Notice of New Case Number and Judge Assignment (Doc. No. 3, Case No. 3:12-cv-96-J-20JRK); a Step-by-Step Guide to Filing a Civil Action in the United States District Court, Middle District of Florida, Jacksonville Division; and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) were mailed to both Plaintiffs at the addresses

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections may bar a party from a de novo determination by a district judge and from attacking factual allegations on appeal. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

provided on the Complaint. The copies mailed to Plaintiff Theopa T. Bethel were returned as undeliverable.

On March 7, 2012, an Order to Show Cause (Doc. No. 6, Case No. 3:12-cv-96-J-20JRK) was entered because Plaintiffs did not file a motion to proceed in forma pauperis or pay the filing fee.[2] Plaintiffs were directed to file a response by March 19, 2012 explaining their failure to heed the Court's instructions. Plaintiffs were advised that failure to respond by March 19, 2012 would result in a recommendation that this case be dismissed without further notice. To date, Plaintiffs have not filed any documents and Plaintiffs have not paid the filing fee.

In light of the foregoing, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, Middle District of Florida.

2. That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on April 16, 2012.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

jld
Copies to:
Honorable Harvey E. Schlesinger
United States District Judge

Pro se parties

---

[2] Copies of the Order to Show Cause were mailed to both Plaintiffs, and there is no indication that the copies were not received.