FILED

2012 MAY -9 PM 1:34
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO JOHNSON, Father, et al.,

    Plaintiffs,

v.    Case No.: 3:12-cv-96-J-20JRK

NATIONAL NEWBORN SCREENING &
GENETICS RESOURCE CENTER,

    Defendant.
_____/

## ORDER

This cause is before this Court on the Report and Recommendation (Doc. 7, entered April 16, 2012), issued by Magistrate Judge James R. Klindt. In the Report and Recommendation, Judge Klindt recommends that this case be dismissed without prejudice for failure to prosecute, pursuant to Rule 3.10(a), Local Rules, Middle District of Florida. Plaintiffs were notified to file written objections to the findings and recommendations within fourteen days from the date of its filing. No objections have been filed. After independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 7, entered April 16, 2012) is adopted;

2. This case is **DISMISSED without prejudice**; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of May, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Honorable James R. Klindt
United States Magistrate Judge

Antonio Johnson, *Pro Se*
Theopa T. Bethel, *Pro Se*